Casey S. Clow, State Bar No. 105535
Peter W. Craigie, State Bar No. 99509
CRAIGIE, McCARTHY & CLOW
540 Pacific Avenue
San Francisco, CA 94133
Tel: (415) 732-7788
Fax: (415) 732-7783
casey@cmclawpartners.com

Attorneys for Plaintiff,
United Infrastructure Projects FZCO

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED INFRASTRUCTURE PROJECTS FZCO, a foreign corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                    Defendant. | CASE NO.  3:15-cv-02757-VC<br><br>**JOINT CASE MANAGEMENT STIPULATION**<br><br>Hearing Information<br><br>Date:         November 10, 2015<br>Time:        10:00 a.m.<br>Courtroom: |

Plaintiff and Defendant respectfully submit this Joint Stipulation as their case management statement.

The parties mutually agree to stay this litigation in its entirety pending the outcome in the related case styled: *Gilbane Federal f/k/a ITSI Gilbane Company vs. United Infrastructure Projects FZCO, et al.*, Case No. 3:14-cv-03254-UC ("Gilbane v. UIP Action"). Furthermore, the parties agree that any and all issues that are adjudicated to conclusion in the Gilbane v. UIP Action shall be binding and have collateral estoppel effect in this action.

-1-

1   Pursuant to this Stipulation, the parties request that the Court issue an Order confirming
2   the above stipulation.

3
4

5   Dated October 29, 2015                CRAIGIE, McCARTHY & CLOW
6
7
8                                         By: /s/ Casey S. Clow
                                          Casey S. Clow
9                                         Peter W. Craigie
                                          Attorneys for United Infrastructure Projects FZCO
10

11  Dated October 29, 2015                VARELA, LEE, METZ & GUARINO, LLP
12
13
14                                        By: /s/ Nicholas A. Merrell
                                          Bennett J. Lee
15                                        Nicholas A. Merrell
                                          Attorneys for Plaintiff Gilbane Federal f/k/a ITSI Gilbane
16                                        Company and Travelers Casualty and Surety Company of
                                          America
17

18      PURSUANT TO STIPULATION, IT IS SO ORDERED.

19  Date: November 3, 2015

20                                        Vince Chhabria
21                                        United States District Judge

DISCLOSURE STATEMENT OF UNITED INFRASTRUCTURE PROJECTS FZCO